UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: CR-12-6023-RMP |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR COMPETENCY EVALUATION |
| TY ALLEN MOORE, | |
| Defendant. | **\*\*U.S. Marshal Action Required\*\*** |

Before the Court is Defendant's Motion for a Competency Evaluation, ECF No. 61. The Court has reviewed Defendant's motion, ECF No. 61, and supporting memorandum, ECF No. 62, and the Government's response, ECF No. 65. In addition the Court heard from the parties at a pretrial conference in Yakima, Washington, on August 30, 2012. Defendant Ty Allen Moore is represented by Assistant Federal Defender Diane Hehir. The Government is represented by Assistant United States Attorney Alexander Ekstrom.

Based upon the representations of Defendant's counsel and the conclusions of the initial report by Dr. Wert, who conducted a brief mental health evaluation of

ORDER GRANTING MOTION FOR COMPETENCY EVALUATION ~ 1

Defendant at the invitation of defense counsel, the Court finds that there is reasonable cause to believe that "the defendant may presently be suffering from a mental disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense." 18 U.S.C. § 4241. Therefore, the Court orders a competency hearing preceded by a psychiatric or psychological examination and report.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's motion for a competency evaluation, **ECF No. 61**, is **GRANTED**.

2. Defendant's motion for extension of time to file pretrial motions, **ECF No. 59**, is **GRANTED.** The trial date of September 17, 2012, and all remaining pretrial deadlines and hearings are **STRICKEN** and shall be reset upon the Court's determination that Defendant is competent to proceed to trial. In addition, Defendant's motion in limine, **ECF No. 53**, is **RESERVED FOR ARGUMENT AND RULING**, pending the competency determination.

3. Defendant shall be examined with respect to whether he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. 18 U.S.C. § 4241(b); *see*

*also* 18 U.S.C. § 4247(c)(4)(A). To facilitate a psychiatric or psychological examination, the Defendant is committed to the custody of the Attorney General for a period **not to exceed thirty days**. 18 U.S.C. § 4247(b). **The Attorney General shall identify the closest suitable facility, preferably Federal Detention Center – SeaTac,** for the competency evaluation, and the **U.S. Marshal shall immediately transport Defendant** to that facility.

4. The final report of Defendant's mental competency evaluation shall be submitted to the Court by **October 15, 2012,** at [petersonorders@waed.uscourts.gov](mailto:petersonorders@waed.uscourts.gov) and to the following address: Honorable Rosanna Malouf Peterson, Post Office Box 324, Spokane, Washington 99210. The report shall include: 1) the Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4247(c)(1), (2), (3), and (4)(A).

5. The Court shall hold a competency hearing on **November 7, 2012**, at **1:30 p.m.** in **Yakima**, Washington.  *See* 18 U.S.C. § 4241.  Pursuant to 18 U.S.C. 4247(d), Defendant "shall be afforded an opportunity to testify, to present evidence, to subpoena witnesses on his behalf, and to confront and cross-examine witnesses who appear at the hearing."  The parties shall file any **briefing** on the matter no later than **October 26, 2012.**  Any **responses** shall be filed by **November 2, 2012**.

6. **Any witnesses appearing from the evaluation facility may attend the competency hearing via video conference.**

7. The period from August 30, 2012, until the date the Court determines whether Defendant is competent to stand trial will be **excluded** from computation of Defendant's speedy trial deadline.  18 U.S.C. § 3161(h)(1)(A).

The District Court Clerk is directed to file this Order and provide copies to counsel, the U.S. Marshal, U.S. Probation, and Information Technology Specialist Dave Cambensy.

**DATED** this 31st day of August 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge