PROB 12C
(7/93)

Report Date: March 5, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ty Allen Moore          Case Number: 0980 2:12CR06023-001

Address of Offender: Transient, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: December 13, 2012

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison 225 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: December 13, 2012 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: December 12, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: Violations 1 and 2 are combined for brevity.
Ty Allen Moore is considered in violation of his supervised release, as he was arrested and charged with menacing and felon in possession of a firearm, on or about January 19, 2014, in Bend, Oregon. The Deschutes County Circuit Court subsequently dismissed the menacing charge, and Mr. Moore was charged only with the firearm violation.

According to the Bend Police Department incident report, officers responded to a motel in regards to a fight involving a firearm. The subjects involved in the fight were identified, including two Hispanic males, Mr. Moore, and his friend, Dexter Ralls. All four subjects were detained. There was physical evidence of a fight on all of the individuals involved. The two males had facial injuries, the defendant had cuts and fresh blood on his hands, and there was blood on the ground in the parking lot.

Prob12C
Re: Moore, Ty Allen
March 5, 2014
Page 2

Interviews were conducted with subjects and witnesses. The summary was that the defendant and Mr. Ralls were outside smoking when there was a confrontation with the two male subjects after words were exchanged. It was reported the defendant ran into the motel room and retrieved a firearm from under the bed, and went outside and pointed it at the two males. The two males identified the defendant as the one who had pointed the firearm at them.

The defendant was read his Miranda Rights and stated he and his friend were "jumped" by the two Hispanic males. Mr. Moore admitted to getting into a fight with the two males but denied having a firearm. Mr. Ralls allowed the officers to search his motel room and indicated to the officers that the gun Mr. Moore had used was located under the bed. The firearm was a Mossberg 20 gauge shotgun and belonged to Mr. Ralls.

Mr. Moore was transported to the Deschutes County Jail and remains in custody pending the felony case 14-00017129.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/05/2014

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

March 5, 2014
Date