PROB 12C
(7/93)

Report Date: October 28, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ty Allen Moore                Case Number: 0980 2:12CR06023-RMP-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: December 13, 2012

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 225 days; TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: April 21, 2014 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 20, 2017 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Ty Moore is in violation of his period of supervised release by committing the offense of assault on or prior to August 26, 2015.

According to police reports, the defendant entered into a bar and started a verbal altercation with another patron. The defendant was asked to leave the bar. Once outside the defendant allegedly continued "making a scene." When a bar worker approached the defendant to ask him to leave, it is alleged that the defendant head-butted the worker. Law enforcement contacted the defendant and arrested him on one count of assault under case 5Z0657907.

The matter is still pending in Benton County District Court. The next court date is set for December 16, 2015.

Prob12C
**Re: Moore, Ty Allen**
**October 28, 2015**
**Page 2**

| | | |
|---|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Ty Moore is in violation of his period of supervised release by committing the offenses of vehicular homicide and reckless endangerment first degree on or prior to October 23, 2015.

According to reports, the defendant ran a stop sign and collided with a second vehicle. It is alleged that the defendant was under the influence at the time of the accident. A passenger in the defendant's vehicle was killed in the accident after being ejected from the vehicle. Three other individuals were taken to a local hospital.

At this time, the defendant is being held in the Benton County Jail under case number PC15Y0740. The defendant has been ordered to be held with no bond.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/28/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/29/2015
Date